THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

FEB 2 2 2006

JAMES W. McCORMACK, CLERK
By: _____
DEP CLERK

Kenneth R. Matthews                        Plaintiff

v.                                         4-06-CV-0253 JMM

Colony Shop, Inc., and Other Unknown
Named Colony Shop, Inc. Officers and
Employees                                  Defendants

## COMPLAINT

Comes the defendant and for his Complaint states:

This case assigned to District Judge _____
and to Magistrate Judge _____

### I. JURISDICTION

1. Jurisdiction is invoked under Title 15 USC1681, et seq., Title 15 USC 1691-1691F (Regulation B) and other appropriate Federal Statutes, ACA 4-88-101, et seq. (ACA 4-88-107).

### II. PARTIES

Plaintiff

2. Plaintiff, Kenneth R. Matthews is a resident of Pulaski County, Arkansas, residing at 1516 Circledale Road, N. Little Rock, AR 72116

Defendant

3. Colony Shop, Inc., (hereafter known as Colony Shop, herein) P. O. Box 249, Wynne, AR 72396 is an Arkansas Corporation operating a chain of women's apparel and accessory retail stores.

1

4. Unknown Named Colony Shop officers and employees known hereafter, herein as Colony Shop staff.

### III. FACTUAL ALLEGATIONS

5. August 2005, the plaintiff requested a copy of his CSC Credit Services (a consumer reporting agency) Credit File (Confirmation No. 5242028979) for periodic review to maintain accuracy.

6. The Credit File Account History was accurate and the file contained three (3) Regular Inquiries, including a September 2004 Colony Shop CO #45 Regular Inquiry, Attachment 1. Colony Shop, by means of the inquiry, received the plaintiff's CSC Credit Services Credit File.

7. The plaintiff had no Colony Shop credit transactions involving an extension of credit to him, and to date has initiated no Colony Shop credit or business transaction or authorized Colony Shop to obtain his credit information.

8. The plaintiff contacted Colony Shop, which stated his credit file was obtained (including his Social Security Number), as a result of his wife's charge account application, see 9/31/04 application, Attachment 2, and incorporated herein by reference.

9. The plaintiff subsequently learned Colony Shop staff asked the applicant her husband's name after the application was completed and was provided his initials. She was provided no copy.[1]

10. The plaintiff's credit information (credit history) was not required for an approval of the 9/3/04 Colony Shop charge account application or

---

[1] Marital status inquiries are permitted in 15 USC 1691.

2

authorized by the Matthews and was not a permitted account evaluation factor, 12 CFR202.6(6)(i).[2]

11. The spouse's information or guarantor's information unsigned section was completed by unknown Colony Shop staff after the applicant, Nan E. Matthews (the only party to the application or account) had completed and signed <u>her</u> application. Plaintiff was not contractually liable for the account, see Note 2.

12. The applicant authorized Colony Shop verify the information contained in her application at the time it was executed and obtaining her reports from credit reporting agencies. The applicant requested no co-applicant or use of another's credit history. No authorization or authority was provided to obtain the plaintiff's credit files and Social Security number, see Notes 2-3.

13. The plaintiff initiated no Colony Shop Credit transaction, extension of credit or authorized Colony Shop to obtain his Credit file (including Social Security Number). Colony shop recognized the plaintiff was never on a Colony Shop account or plaintiff would have received a Colony Shop applicant notification and the account would have been reported in his name, [3]

14. Colony Shop and its staff obtained the plaintiff's credit file by means of its 9/2004 Regular Inquiry and was required to certify to CSC Credit Services the purpose for which the information was sought "Furnishing consumer

---

[2] "To the extent a creditor considers credit history in evaluating he credit worthiness of applicants, a creditor shall consider: (1) The credit history of accounts designated as accounts that the applicant and the applicant's spouse are permitted to use or for which both are contractually liable" 12 CFR. 202.6(6)(i). 202(6)(ii)(iii) are not relevant herein.

[3] Regulation 15 USC 1691-16¶1F ; CFR 201.1 requires creditors to notify applicants of action taken on their application; to report credit history in the names of both applicants on an account...Emphasis Added, 12 CFR202.1.

3

reports is limited to the purposes listed in 1681b, which states in pertinent part.

> "In accordance with the written instructions of the consumer to whom it relates.
>
> To a person which it has reason to believe –
>
> (A) intends to use the information in connection with a credit transaction involving the consumer on whom the information is to be furnished and involving the extension of consumer; or...
>
> (F) otherwise has a legitimate business need fo the information –
>
> > (i)   in connection with a business transaction that is initiated by the consumer..." Emphasis Added)

15 USC168(a)(1) A-F. To obtain the plaintiff's Credit File, no permissible purpose existed in the circumstances, see Complaint Paragraphs 7-10-11-12-13.

15. Colony Shop staff acted deceptively and negligently in the matter of Nan Matthews' application, subsequently obtaining plaintiff's credit file without authorization or FCRA permissible purpose, a Colony Shop stated practice.

16. Colony Shop unknown named officers and staff knowingly and willfully obtained plaintiff's Consumer Credit Information from CSC Credit Services certifying a (non-existent) permissible purpose, under false pretenses violating his privacy rights and the Fair Credit Reporting Act by its false certification, see Complaint Paragraph 14.

4

17. The plaintiff has suffered severe emotional distress, anxiety, sleep deprivation, depression, physical distress, Credit Score harm as a direct result of defendant's wrongful acts herein and fear of identity theft.

18. Colony Shop staff knowingly altered Nan Matthews complete application, providing Colony Shop's known-false, erroneous justifications, authorities or authorizations for its actions herein.

19. The applicant would have withdrawn the application if aware of any Colony Shop: (1) Spouse application requirements (2) Use of spouse credit history or (3) any Colony Shop discriminatory practice as separate, independent checking, credit card, charge card accounts[4] as are independent savings and investments..

## IV.   CAUSES OF ACTION

20. Colony shop had no written authorization or permissible purpose to obtain plaintiff's credit file as no Colony Shop extension of credit to the plaintiff existed, 15USC1681b(3)(A)-(F). Colony Shop is liable to the plaintiff under 1681o for negligently failing to comply with this requirement imposed under 15USC1681, et seq., see Notes 2-3

21. Colony Shop and Colony Shop staff knowingly and willfully obtained plaintiff's Social Security Number, his personal credit information without authorization or permissible purpose, an unconscionable, false, deceptive act or practice in violation of ACA 4-88-107 and the plaintiff's privacy.

---

[4] Dillard's, Arvest, CITI, Target.

22. Plaintiff has suffered anxiety, loss of sleep, emotional, physical distess as a result of Colony Shop's actions plus credit score harm and fear of identity theft.

23. Colony Shop and Colony Shop staff knowingly and willfully obtained the plaintiff's credit file under false pretenses in violation of 15USC1681q from CSC Credit Services, certifying a permissible purpose under 1681b (no permissible purpose existed) and Colony Shop is liable to the plaintiff under 1681n for its willful violation of requirements under 15 USC 1681 et seq..

24. The Fair Credit Reporting Act provides no authority for the removal of the unlawful Colony Shop inquiry ,,,,a cumulative credit score negative factor resulting in potential higher interest costs and lower credit offers.

25. Colony Shop and Colony Shop staff willfully and negligently violated the plaintiff's privacy rights, obtaining and retaining plaintiff's CSC Credit File (including social Security Number) without statutory authority, creating a serious potential for identity theft.[5]

26. Colony Shop: (1) certified under 1681e(a) a permissible purpose under 1681b (wherein non-existed) to obtain plaintiff's credit information from CSC Credit Services and (2) violated its "responsibilities to the plaintiff" under 15 USC1681, et seq., 1681e(d)(1)(B), (3) Colony Shop negligently violated these FCRA requirements. Colony Shop is liable to the plaintiff under 1681o for its negligent failure to comply with requirements imposed under 15 USC1681, et seq.

---

[5] Colony Shop had notice and knowledge of FRCA, Regulation B, including compliance requirements (foreseeable harms) but violated the statutory requirements.

27. Plaintiff avers Colony Shop statements and actions show an applicant cause of action under 15 USC 1691 (Regulation B) or false representations to evade plaintiff's 1681, et seq. claims, see Complaint paragraph 12, Note 2-3.

28. Colony Shop violated the Arkansas deceptive Trade Practices Act, ACA 4-88-107(a)(10), and engaged in (a) deceptive and unconscionable trade practices prohibited by this Chapter by (10) engaging in any unconscionable false, or deceptive act in business, commerce or trade and (b) other unfair trade practices actionable at common law and other State Statutes. Colony Shop practices (acts) consisted of

    (1) Colony Shop's false misrepresentation that plaintiff's spouse relied on his credit history and/or requested him as a co-applicant, a Colony Shop permitted practice.
    (2) Colony Shop violated plaintiff's privacy and obtained his Social Security by means of false misrepresentations,
    (3) Colony Shop staff altered plaintiff's spouses completed signed application to conceal an illegal act.
    (4) Colony Shop is aware plaintiff at no time was "on an account" of Colony Shop contrary to its false representations and its actions, including violating plaintiff's privacy,
    (5) Colony Shop (with no remorse) continues to maintain in its files plaintiff's credit information including Social Security number.

## RELIEF

Wherefore, the plaintiff prays the Court to:

7

1. Award the plaintiff compensatory damages of $50,000 and punitive damages of $100,000, attorney fees and costs, jointly and severally from the defendants Colony Shop, Inc. and unknown-named Colony Shop, Inc. officers and employees for their willful, wanton and illegal actions in violation of the Consumer Protection Act, including Title 15 USC1681, et seq., ACA 4-88-107, Regulation B, and plaintiff's privacy rights.

Respectfully submitted,

*Kenneth R. Matthews*

Kenneth R. Matthews
1516 Circledale Rd.
N. Little Rock, AR 72116
501 771-5039
2/22/06

| nber | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | Mnths Revd | Activity Description | Creditor Classification |
|---|---|---|---|---|---|---|---|---|
| | 05/2001 | $0 | $8,000 | | | 44 | Paid and Closed | |

| | Amount Past Due | Date of Last Paymnt | Actual Paymnt Amount | Scheduled Paymnt Amount | Date of Last Activity | Date Mat. Del. 1st Pgd | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Balance Amount | $0 | | | | 10/2004 | | | | | | |

Status - Pays As Agreed; Type of Account - Revolving; Type of Loan - Credit Card; Whose Account - Individual Account; ADDITIONAL INFORMATION - Account Closed At Consumers Request;

| nber | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | Mnths Revd | Activity Description | Creditor Classification |
|---|---|---|---|---|---|---|---|---|
| | 10/2000 | $50,000 | $50,000 | | Monthly | 55 | | |

| | Amount Past Due | Date of Last Paymnt | Actual Paymnt Amount | Scheduled Paymnt Amount | Date of Last Activity | Date Mat. Del. 1st Pgd | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Balance Amount | | 07/2005 | $700 | $411 | 07/2005 | | | | | | |

Status - Pays As Agreed; Type of Account - Line of Credit; Type of Loan - Home Equity Line Of Credit; Whose Account - Joint Account; ADDITIONAL INFORMATION - Line of

| nber | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | Mnths Revd | Activity Description | Creditor Classification |
|---|---|---|---|---|---|---|---|---|
| | 09/2003 | $933 | $10,000 | | | 22 | | |

| | Amount Past Due | Date of Last Paymnt | Actual Paymnt Amount | Scheduled Paymnt Amount | Date of Last Activity | Date Mat. Del. 1st Pgd | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Balance Amount | | | | $10 | 07/2005 | | | | | | |
| $319 | | | | | | | | | | | |

Status - Pays As Agreed; Type of Account - Revolving; Type of Loan - Credit Card; Whose Account - Individual Account;

Inquiry Analysis

*Note that displays to companies (may impact your credit score)*
*Note that displays to companies that reviewed your credit file. Credit grantors may view these requests when evaluating your credit worthiness. Employment inquiries do not impact your credit score.*

Wireless
ley View Ln A 6h STEPHANIE DANCHAK Farmers Branch, TX   08/2005
306(800) 813-4505 Phone:(800) 813-4505
Arkansas
A A Blvd Fort Worth, TX 76185-2216(111) 111-1111   10/2004
hop-CO #448
249 Wynne, AR 72396-0248(501) 238-8391 Phone:(801)   09/2004



**Colony Shop Charge Account Application**

FOR OFFICE USE ONLY
2- 6486-9
By AM  Date 9/8/04  Credit Line 800

**Applicant**

Your First Name: NAN  Middle Initial: E.  Last Name: MATTHEWS

Name as you wish it to appear on your Credit Card, if different from above:

Street Address: 1516 CIRCLE DALE
City: N. LITTLE ROCK  State: AR  Zip Code: 72116
Home Phone Number: (501) 771-5039
Social Security Number: [redacted]
Date of Birth: [redacted]
☑ Own  ☐ Rent  ☐ Other  How Many Years Lived There: 6

Previous Address, if lived at current address less than 3 years:
City  State  Zip Code

Name of Nearest Relative Not Living With You: AMY [redacted]
Their Street Address: [redacted]
City: N. LITTLE ROCK  State: AR  Zip Code: [redacted]
Their Home Phone Number: [redacted]
Their Relationship to You: daughter

**Employment**

Employer: Retired
Employer's Phone Number: ( )
Street Address:
City  State  Zip Code
Position Held  Years There  Monthly Salary $

Previous Employer, College, or School:
City  State  Zip Code

**Financial**

☐ MasterCard  ☑ Visa  ☐ American Express
☑ Checking  ☑ Savings  ☐ Other
$ _____ Amount of Other Income    Source of Other Income

**Spouse's Information or Guarantor's Information:**
(If relying on their credit information)

First Name: K.  Middle Initial: R.  Last Name: MATTHEWS
Street Address: 1516 Circledale
City: N. Little Rock  State: AR  Zip Code: 72116
Home Phone Number (Guarantor Only): (501) 771-5039
Relationship to Applicant: husband
Social Security Number: [redacted]
Date of Birth: [redacted]
Employer: Retired
Employer's Phone Number: ( )
Number Years Employed There:
Position Held  Monthly Salary

*Alimony, child support, or separate maintenance income need not be revealed if you do not want us to consider it.

If you would like another person to be authorized to purchase on your account, print their name below:

First Name  Last Name  Relationship to Applicant

**Please Read and Sign:**

By signing this application, I am requesting that a charge account be opened for me and cards issued as requested above. I am at least 18 years old and able to enter into a contractual agreement.

IF SIGNED AS A GUARANTOR, I agree to pay all charges which are not paid as agreed by the Applicant.

I understand and authorize Colony Shop to verify the information contained in this application to determine my eligibility for this account. You may obtain reports from credit reporting agencies and, if an account is opened, may contact these agencies to update, verify or exchange information at any time. Upon my request, you will inform me whether or not a report was obtained, and if obtained, the name and address of the agency that furnished it. Everything that I have stated in this application is correct to the best of my knowledge. I understand you will retain this application whether or not it is approved. I have read this agreement and agree to its terms and conditions. I hereby acknowledge receipt of a copy of this agreement and understand that if my Application is approved, I will receive a copy of Colony Shop's privacy notice with my Colony Shop Charge Card.

NOTICE TO BUYER, DO NOT SIGN THIS AGREEMENT BEFORE YOU READ IT OR IF IT CONTAINS BLANK SPACES. YOU ARE ENTITLED TO AN EXACT COPY OF THE AGREEMENT YOU SIGN. RECEIPT OF A COPY OF THIS AGREEMENT IS ACKNOWLEDGED.

Applicant's Signature: Nan E. Matthews    Date: 9/3/04

Spouse's or Guarantor's Signature  Date

ATTACHMENT 2