# UNITED STATES DISTRICT COURT
## Eastern District of Arkansas
## U.S. Court House
## 600 West Capitol, Suite 402
## Little Rock, Arkansas 72201-3325

### * * MAILING CERTIFICATE OF CLERK * *

Re: 4:06-cv-253

True and correct copies of document # **42** along with a copy of the NEF were mailed by the clerk to the following on 07/12/2006

Kenneth R Matthews
1516 Circledale Road
North Little Rock, AR 72116

**You chose to print mailing labels.**

**Preparing documents for the printer: dktng-820...**

request id is dktng-820-76333 (1 file(s))
request id is dktng-820-76334 (1 file(s))
request id is dktng-820-76335 (1 file(s))